**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ACUITY, ) | |
| A MUTUAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | **Case Number: 18-cv-4133** |
| ) | |
| v. ) | |
| ) | |
| JOSCO CONSTRUCTION SERVICES, INC., ) | |
| ) | |
| Defendant ) | |

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**

The defendant, Josco Construction Services, Inc., having failed to appear, plead or otherwise defend in this action, and default having been entered on August 2, 2018, and counsel for plaintiff having requested judgment against the defaulted defendant, and having filed a proper motion and affidavits in accordance with Fed. R. Civ. P. 55, and this Court having heard plaintiff's motion on August 14, 2018, and for the reasons stated on the record, this Court HEREBY ORDERS as follows:

Judgment shall be entered in favor of plaintiff, Acuity, A Mutual Insurance Company, and against defendant, Josco Construction Services, Inc., in the amount of $92,970.50, plus taxable costs.

Dated this 14th day of August, 2018.

BY THE COURT:

_____
ANDREA R. WOOD
U.S. DISTRICT COURT JUDGE